DAVID PRIEBE (Bar No. 148679) (david.priebe@dlapiper.com)
DAVID BANIE (Bar No. 217924) (david.banie@dlapiper.com)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
WALID MAGHRIBI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SIPEX CORPORATION SECURITIES LITIGATION | CASE NO. 05-00392 WHA |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To:<br>ALL ACTIONS | **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

Defendant WALID MAGHRIBI hereby substitutes DLA Piper Rudnick Gray Cary US LLP, located at 2000 University Avenue, Palo Alto, CA 94303, telephone: (650) 833-2000, fax: (650) 833-2001, per David Priebe and David Banie, as his attorney of record in the above-referenced action in place of William M. Goodman and all other attorneys of his firm, Topel &

\\\

1    Goodman LLC, 832 Sansome Street, Fourth Floor, San Francisco, California 94111.

Dated: 6/13/05, 2005      WALID MAGHRIBI, an individual

By _____
WALID MAGHRIBI

I ACCEPT THIS SUBSTITUTION.

Dated: 6/10, 2005      DLA PIPER RUDNICK GRAY CARY US LLP

By _____
DAVID PRIEBE

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: 6/9, 2005      TOPEL & GOODMAN LLC

By _____
WILLIAM M. GOODMAN

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: June 21, 2005.      _____
Hon. William H. Alsup
UNITED STATES DISTRICT COURT JUDGE