**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION. _____ / AND CONSOLIDATED CASES. _____ / | No. C 05-00392 WHA  **ORDER RE TIME NOTES** |

Class counsel shall keep time notes adequate to allow the Court later on to understand the projects undertaken and the time devoted to each, as follows:

Under either the percentage or the lodestar method, counsel will be required at the conclusion of the case to submit to the Court a description of work done in the case to allow a comparison of fees requested with the hourly work done and the efficiency of the work.[*] Such description would likely take the form of a declaration setting forth each discrete project and breaking down all attorney and paralegal time sought to be recovered. For each project, there must be a detailed description of the work, giving the date, hours expended, attorney name, and task for each work entry, in chronological order. A "project" means a deposition, a motion, a witness interview, and so forth. It does not mean generalized statements like "trial preparation" or "attended trial." It includes discrete items like "prepare supplemental trial brief on issue X." The following is an example of time collected by a project.

---

[*] The Ninth Circuit has made clear that a "district court has discretion to use the lodestar method or the percentage of the fund method in common fund cases." *Powers v. Eichen*, 229 F.3d 1249, 1256 (9th Cir. 2000) (securities case under the PSLRA) (quoting *In re Coordinated Pretrial Proceedings in Petroleum Prods. Antitrust Litig.*, 109 F.3d 602, 607 (9th Cir. 1997)).

PROJECT:  ABC DEPOSITION (2 DAYS IN FRESNO)

| Date | Time-keeper | Description | Hours | x Rate | = Fee |
|---|---|---|---|---|---|
| 01-08-01 | XYZ | Assemble and photocopy exhibits for use in deposition | 2.0 | $100 | $200 |
| 01-09-01 | RST | Review evidence and prepare to examine ABC at deposition | 4.5 | $200 | $900 |
| 01-10-01 | XYZ | Research issue of work-product privilege asserted by deponent | 1.5 | $100 | $150 |
| 01-11-01 | RST | Prepare for and take deposition | 8.5 | $200 | $1700 |
| 01-12-01 | RST | Prepare for and take deposition | 7.0 | $200 | $1400 |
| | | Project Total: | 23.5 | | $4350 |

This is without prejudice to the possibility of a percentage fee method. The Court will, at all events, want to know the actual time invested and whether it was efficiently performed.

**IT IS SO ORDERED.0**

Dated: June 23, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE