IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION. _____/ AND CONSOLIDATED CASES. _____/ | No. C 05-00392 WHA  **ORDER APPROVING CHOICE OF LEAD COUNSEL** |

Upon consideration of the papers filed by lead plaintiffs, the Court hereby **APPROVES** their selection of Bernstein Liebhard & Lifshitz, LLP, as lead counsel in this case.

**IT IS SO ORDERED**.

Dated: June 24, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE