IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION.  _____/  AND CONSOLIDATED CASES.  _____/ | No. C 05-00392 WHA  **ORDER REGARDING REQUEST FOR EXTENSION AND SETTING SCHEDULE** |

    The Court is in receipt of counsel's stipulated request for extension of time for filing amended consolidated complaint and responsive documents. Parties have been on notice of the deadlines for over a month, and the Court is disappointed that parties have requested an extension so near to the deadline to file. The Court does not approve of the dates set forth in parties' stipulated request for extension and sets forth the following schedule:

    1.    Lead Plaintiffs shall file and serve amended consolidated complaint by **JULY 28, 2005**.

    2.    Defendants shall answer or move to dismiss with respect to amended consolidated complaint by **SEPTEMBER 1, 2005**.

    3.    Lead Plaintiffs shall file and serve an opposition to any motion to dismiss by **SEPTEMBER 15, 2005**.

    4.    Defendants shall file and serve a reply to any opposition by **SEPTEMBER 22, 2005**.

 5. The hearing on defendants' motion to dismiss (if defendants choose to file one) will be held on **OCTOBER 6, 2005**.

 **IT IS SO ORDERED**.

Dated: July 8, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2