**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION<br><br>AND CONSOLIDATED CASES. | Index No. 05:CV-00392<br><br>Hon. William H. Alsup<br>Ctrm: 9, 19th Floor<br><br>**(PROPOSED) ORDER RESCHEDULING THE DATE SET FOR THE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The hearing date for Defendants' motion to dismiss is rescheduled from October 6, 2005 to ___September 29___, 2005.

Dated: ___July 18___, 2005      _____
　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM H. ALSUP

IT IS SO ORDERED
Judge William Alsup