IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION. / | No. C 05-00392 WHA |
| This Document Relates To:<br><br>C05-00392 WHA<br>C05-00712 WHA / | **ORDER DISMISSING DEFENDANT CLYDE RAY WALLIN WITHOUT PREJUDICE** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the captioned matter is hereby dismissed without prejudice as to defendant Clyde Ray Wallin.

Dated: August 16, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE