1  BORIS FELDMAN, State Bar No. 128838
   DOUGLAS J. CLARK, State Bar No. 171499
2  DALE BISH, State Bar No. 235390
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email: boris.feldman@wsgr.com
6         dclark@wsgr.com
          dbish@wsgr.com
7
   Attorneys for Defendant
8  SIPEX CORPORATION

9                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO

11

12  IN RE SIPEX CORPORATION           )   Master File No. 05-CV-00392 WHA
    SECURITIES LITIGATION             )
13                                    )   CLASS ACTION
                                      )
14                                    )
    This Document Relates to:         )
15                                    )   **NOTICE OF SUBSTITUTION OF**
       ALL ACTIONS                    )   **COUNSEL FOR DEFENDANT**
16                                    )   **SIPEX CORPORATION**
                                      )
17                                    )

---

Notice of Substitution of Counsel for Def Sipex Corp.
Master File No. 05-CIV-00392-WHA

Please take notice that effective immediately counsel of record for defendant Sipex Corporation ("Sipex") has changed. Keith Eggleton and Caz Hashemi of Wilson Sonsini Goodrich & Rosati are no longer counsel of record for Sipex. New counsel of record for Sipex are Boris Feldman, Douglas J. Clark and Dale Bish. The address and telephone number of the new counsel remains the same as prior counsel.

Dated: August 23, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Douglas J. Clark
Douglas J. Clark

Attorneys for Defendant Sipex Corporation

**ORDER**

The foregoing substitution of attorneys is authorized by the Court and the Clerk of Court is directed to make the appropriate change on the docket.

**IT IS SO ORDERED.**

Dated: August 25, 2005

Hon.
U.S.

*[Signature and seal: IT IS SO ORDERED, Judge William Alsup, United States District Court, Northern District of California]*

2

Notice of Substitution of Counsel for Def Sipex Corp.
Master File No. 05-CIV-00392-WHA