1 BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
2 DALE BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
3 Professional Corporation
650 Page Mill Road
4 Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 Facsimile: (650) 565-5100
Boris.Feldman@wsgr.com
6
Attorneys for Defendant
7 SIPEX CORPORATION

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION ) ) ) ) ) ) ) _____ ) This Document Relates to: ) ) ALL ACTIONS. ) ) ) ) ) ) ) _____ ) | Master File No. 05-CV-00392-WHA<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT SIPEX CORPORATION'S MOTION TO DISMISS**<br><br>Old Hearing Date: Sept. 29, 2005<br>[Proposed] New Hearing Date:<br>          Nov. 17, 2005<br>Time: 8:00 a.m.<br>Courtroom:   The Hon. William H. Alsup<br>          Ct. No. 9, 19th Floor |

1  The hearing on defendants' motion to dismiss the consolidated amended complaint originally scheduled on October 6, 2005 was changed to September 29, 2005 upon the parties' request and for good cause appearing.  Lead Plaintiffs and Defendant Sipex Corporation, through their counsel of record, now request in the interests of judicial economy and preservation of resources a brief continuance of the hearing date to allow these parties to explore the possibility of settlement.

THEREFORE, based upon the request of Lead Plaintiffs and Defendant Sipex Corporation, through their counsel, and with good cause appearing,

IT IS HEREBY ORDERED THAT:

The hearing on the motion to dismiss is rescheduled to November 17, 2005 at 8:00 a.m. The parties shall jointly update the Court on the status of the settlement negotiations by October 31, 2005.

Dated: September 2, 2005

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE