**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**Liaison Counsel for Lead Plaintiffs**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
U. SETH OTTENSOSER
TIMOTHY J. MACFALL
JOSEPH R. SEIDMAN, JR.
GREGORY M. EGLESTON
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**Lead Counsel for Lead Plaintiffs**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION | Master File No. 05-CV-00392 (WHA) |
| | <u>CLASS ACTION</u> |
| This Document Relates to: | **Hon. William H. Alsup** **Ctrm 9, 19th Floor** |
| ALL ACTIONS | |

**STIPULATION AND [PROPOSED] ORDER ALLOWING:**
**(1) LEAD PLAINTIFFS TO FILE A 45-PAGE OMNIBUS OPPOSITION**
**MEMORANDUM OF LAW; (2) ADJOURNING THE CASE MANAGEMENT**
**CONFERENCE UNTIL NOVEMBER 17, 2005; AND (3) CLARIFICATION**
**CONCERNING THE ADJOURING OF THE MOTION TO DISMISS**
**HEARING DATE FOR ALL DEFENDANTS UNTIL NOVEMBER 17, 2005**

-1-
STIPULATION AND PROPOSED ORDER RE PAGE LIMIT,
ADJOURNMENT OF CMC; CLARIFICATION OF HEARING DATE ON MTD
C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\STIP RE PAGE LIMIT AND SCHEDULING.09 08 2005.DOC

1  THE PARTIES, BY AND THROUGH THEIR
   COUNSEL OF RECORD, AGREE AS FOLLOWS:
2
3      WHEREAS, per the Court's prior scheduling orders, Defendants Sipex

4  Corporation, Walid Maghribi and Phillip Kagel filed their respective motions to dismiss

5  the consolidated amended complaint on September 1, 2005, with an aggregate of 45

6  pages of their opening memoranda of law; and

7      WHEREAS, Lead Plaintiffs believe, and Defendants do not object, that it would

8  be more efficient and conserve the resources of the Court and the parties if Lead

9  Plaintiffs filed one omnibus opposition to all three memoranda of law totaling no more

10 than 45 pages; and

11

12     WHEREAS, the parties agree that the resources of the Court and the parties

13 would be better served if the Case Management Conference currently scheduled on

14 September 29, 2005, which is the old hearing date for the motions to dismiss, be

15 continued to the new hearing date of November 17, 2005, and

16
17     WHEREAS, on September 2, 2005, the Court entered an Order granting the

18 request of Lead Plaintiffs and Sipex Corporation to continue the hearing date on the

19 motion to dismiss to November 17, 2005, and although Lead Plaintiffs believe the

20 hearing was continued for all parties, the parties respectfully request clarification that the

21 Order continue the hearing date for all Defendants' motions to dismiss to November 17,

22 2005 in order to avoid any inefficiencies from having the Defendants' hearings on

23 separate dates (but without changing the current briefing schedule);

24
25
26
27
28

-2-
STIPULATION AND PROPOSED ORDER RE PAGE LIMIT,
ADJOURNMENT OF CMC; CLARIFICATION OF HEARING DATE ON MTD
C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\STIP RE PAGE LIMIT AND SCHEDULING.09 08 2005.DOC

THEREFORE, the parties, by and through their counsel of record[1], respectfully request the Court to enter the accompanying proposed order that:

1) Lead Plaintiffs may file a 45-page omnibus memorandum of law responding to all three of Defendants' motions;

2) The Case Management Conference scheduled for September 29, 2005 is adjourned until November 17, 2005; and.

3) The September 29, 2005 motion to dismiss hearing date is adjourned until November 17, 2005 for all parties, including Defendants Walid Maghribi and Philip Kagel.

Dated: September 8, 2005

**GLANCY BINKOW & GOLDBERG LLP**

*s/Michael Goldberg*
Lionel Z. Glancy (Bar No. 134180)
Michael Goldberg (Bar No. 188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, Ca  90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160

**Liaison Counsel for Lead Plaintiffs**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

*s/U. Seth Ottensoser*
U. Seth Ottensoser
Timothy J. MacFall
Joseph R. Seidman, Jr.
Gregory M. Egleston
10 East 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile:  (212) 779-3218

**Lead Counsel for Lead Plaintiffs**

---

[1] Pursuant to General Order 45, Michael Goldberg, the undersigned filer of this ECF document, attests that the parties have provided permission to have their electronic signatures affixed hereto.

**DLA PIPER RUDNICK GRAY CARY US LLP**

*s/David Priebe*_____
David Priebe (Bar No. 148679)
David Banie (Bar No. 217924)
2000 University Ave.
East Palo Alto, CA 94303-2248
Telephone:  (650) 833-2000
Facsimile:   (650) 833-2001

**Counsel for Defendant Walid Maghribi**

**HELLER EHRMAN, LLP**

*s/Sara B. Brody*_____
Sara B. Brody (Bar No. 130222)
Michael A. Zwibelman (Bar No. 224783)
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:   (415) 772-6268

**Counsel for Defendant Philip A. Kagel**

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*s/Boris Feldman*_____
Boris Feldman (Bar No. 128838)
Douglas J. Clark (Bar No. 171499)
Dale Bish (Bar No. 235390)
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

**Counsel for Defendant Sipex Corporation**

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

1. Lead Plaintiffs may file a 45-page omnibus memorandum of law responding to all three of Defendants' motions;

2. The Case Management Conference scheduled for September 29, 2005 is adjourned until November 17, 2005; and.

3. The September 29, 2005 motion to dismiss hearing date is adjourned until November 17, 2005 for all parties, including Defendants Walid Maghribi and Philip Kagel.

DATED:  September 8, 2005

IT IS SO ORDERED
Judge William Alsup

_____
**HONORABLE WILLIAM H. ALSUP**
**UNITED STATES DISTRICT JUDGE**