IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORP.<br>Securities Litigation.<br>_____/ | No. C 05-00392 WHA<br><br>**REQUEST FOR INFORMATION** |

    Would all counsel please address the following in memoranda of three or fewer pages to be filed by October 5, 2005:

1. Would it make more sense to wait until the restated financials are out before ruling on the motion to dismiss?

2. Since all of the "CWs" seem to be "former" employees and the alleged malefactors allegedly have been fired, why can't they be identified by name?

**IT IS SO ORDERED.**

Dated: September 29, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2005Civ\05-00392 Sipex\RequestInfo.wpd