1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   IN RE SIPEX CORP.                    No. C 05-00392 WHA

11   Securities Litigation.
                                    _____/

12                                         **SUPPLEMENTAL REQUEST FOR**
                                           **INFORMATION**
13

14        By Wednesday, October 19, 2005, at noon, each side should file a single six-page

15   supplemental brief on all the following questions, combined (double-spaced and no footnotes).

16   All defendants shall jointly submit one six-page brief.  Please provide quotes with law cites, not

17   argument.  If there is no law on point, please say so.  Please flag any adverse authority against

18   your position with at least a "*But see*," giving the page cite.  Please re-state each question before

19   answering it.  Here are the questions:

20        1.    Quote from SEC, GAAP and caselaw authority whether a restatement of a

21              financial statement necessarily means the prior financial statement was

22              *materially* in error.

23        2.    Quote from caselaw whether remedial/ethics/termination actions imposed by a

24              board can be considered on the materiality/scienter issues.

25        3.    Quote from SEC, GAAP and caselaw whether the $350,000 sham sale was

26              material as to amount, assuming the facts as alleged were true.

27        4.    Quote from SEC, GAAP and caselaw whether, apart from the amount, the

28              company was obligated to report as a material event the fact of the sham

transaction by reason of the role of the CEO in the transaction, assuming the facts as alleged were true.

5.      Quote from caselaw whether we can infer from the timing of CEO Maghribi's resignation that it was a forced resignation.

6.      What are the ground rules on how long a public company may take to issue restated financials?  Can a public company "go slow" in completing the work for a restated financial in order to postpone public disclosure of the restated financials?

**IT IS SO ORDERED.**

Dated:  October 13, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California