IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORPORATION SECURITIES LITIGATION. / | No. C 05-00392 WHA<br><br>**ORDER RE JOINT STATUS CONFERENCE STATEMENT** |

The parties are **ORDERED** to file a joint status conference statement by noon, November 10, 2005. If they have an agreement-in-principle or a proposal to settle the cases, they must attach documentation of such to the statement, describing therein what issues remain undecided.

The Court is inclined to rule on the motion to dismiss without the necessity of a hearing. The Court will not make a decision on this until after noon, November 10, 2005.

The Court **DENIES** the parties' request to reschedule the hearing on the motion to dismiss and the case management conference, both now set for November 17, 2005. It may revisit that decision after noon, November 10, 2005. The Court also **DENIES** the request to require another joint statement on settlement negotiations to be filed November 15, 2005.

**IT IS SO ORDERED.**

Dated: November 2, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE