IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORP. SECURITIES LITIGATION | No. C 05-00392 WHA |
| _____ / | **SCHEDULING ORDER** |

    The hearing on November 17 will go forward as scheduled. The Court feels it can probably rule on the present record without waiting for the re-statement, but will hear argument on November 17 on that issue. Each side will have 25 minutes to argue.

**IT IS SO ORDERED.**

Dated: November 10, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2005Civ\05-00392 Sipex\ConfirmNov17Hearing.wpd