IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SIPEX CORP. SECURITIES LITIGATION<br><br>_____ / | No. C 05-00392 WHA<br><br>**ORDER APPROVING NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION** |

The revised Notice of Pendency and Proposed Settlement of Class Action, Exhibit A-1, sent to the Court on January 19, 2006, is **APPROVED AND MAY BE SENT OUT**.

**IT IS SO ORDERED.**

Dated: January 23, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE