1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10   IN RE SIPEX CORPORATION                    No. C 05-00392 WHA
     SECURITIES LITIGATION.
11   _____/   **REQUEST FOR FURTHER**
12                                               **INFORMATION**
13

14        By **NOON** on **WEDNESDAY, MARCH 21**, Please advise, if the requested order is

15   unopposed, how the six-million dollar settlement will have been distributed, *i.e.*, how much for

16   attorney's fees, how much for expenses, how much would actually go to investors. Please do a

17   summary pro forma. Assume the Court will allow the late claims and deny the contested claim.

18        Also, the Court's memory, perhaps incorrect, is that counsel was supposed to pay the

19   administrative fees out of their award. Please advise.

20        How much has previously gone to GCP or for other administrative work?

21

22        **IT IS SO ORDERED.**

23

24   Dated:  March 16, 2007.                    _____
                                                 WILLIAM ALSUP
25                                               UNITED STATES DISTRICT JUDGE
26
27
28

**United States District Court**
For the Northern District of California